---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Valley C, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-5378302** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5320 Lubao Ave.**<br>**Woodland Hills, CA 91364**<br>Number, Street, City, State & ZIP Code | **19528 Ventura Blvd.**<br>**#595**<br>**Tarzana, CA 91356**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | Valley C, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor    **Valley C, LLC**
_____
Name                                    Case number (*if known*) _____

---

| 11. | **Why is the case filed in this district?** | Check all that apply: |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name       _____

         Phone              _____

---

███  **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | Check one: |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

---

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| Debtor | Valley C, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____       Joseph Guglielmo
Signature of authorized representative of debtor       Printed name

Title   **Managing Member**

**18. Signature of attorney**

X _____       Date _____
Signature of attorney for debtor       MM / DD / YYYY

**Douglas M. Neistat**
Printed name

**Greenberg & Bass**
Firm name

**16000 Ventura Boulevard**
**Suite 1000**
**Encino, CA 91436**
Number, Street, City, State & ZIP Code

Contact phone   **818-382-6200**       Email address _____

**55961 CA**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **Valley C, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____       X _____
                                       Signature of individual signing on behalf of debtor

                                   **Joseph Guglielmo**
                                   Printed name

                                   **Managing Member**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Valley C, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alexandria Acquisition and Develop 22603 Pacific Coast Highway #360 Malibu, CA 90265 | | Finder's Fee | | | | $550,000.00 |
| Angeleno Associates, Inc. 147 City Place Drive Santa Ana, CA 92705 | | Provided site planning and plotting services. | | | | $16,700.00 |
| Brian F. Smith and Associates, Inc. 14678 Ibex Court San Diego, CA 92129 | | Word data processing | | | | $325.00 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $16,353.32 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $98,823.82 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $98,823.82 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $95,945.46 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $42,914.94 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Valley C, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $37,712.62 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $34,910.02 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $34,328.34 |
| County of San Diego 1600 Pacific Hwy San Diego, CA 92110 | | Property Taxes | | | | $30,903.77 |
| Darnell & Associates 4411 Mercury Street, Suite 207A San Diego, CA 92103 | | Engineering services | | | | $3,960.00 |
| Everett and Associates P.O. Box 2468 Julian, CA 92036 | | Certified Biologist services | | | | $687.50 |
| James Chagala & Associates 10324 Meadow Glen Way East Escondido, CA 92026 | | Land use planning services | | | | $7,260.00 |
| K&L Gates Attn: W.J. Bernfeld 10100 Santa Monica Blvd. 8th Floor Los Angeles, CA 90067 | | Attorney fees | | | | $2,765.00 |
| Red Architectural Group 3436 N. Verdugo Rd., Suite 200 Glendale, CA 91208 | | Bell property evaluation | | | | $2,047.99 |
| TK Consulting, Inc. 31232 Old San Juan Road San Juan Capistrano, CA 92675 | | Project management and entitlement consulting | | | | $20,046.56 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Valley C, LLC**                                           Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Transworld Systems Inc., Col Agency 500 Virginia Dr., Suite 514 Fort Washington, PA 19034 | | Collection Agency for Linscott Law & Greenspan services | | | | $7,512.50 |
| TSAC Engineering 16885 Via Del Campo Court, Ste. 304 San Diego, CA 92127 | | Engineering services | | | | $51,482.52 |

# United States Bankruptcy Court
## Central District of California

In re   Valley C, LLC _____        Case No. _____

                                         Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Guglielmo**<br>**19528 Ventura Blvd.**<br>**#595**<br>**Tarzana, CA 91356** | | **95%** | |
| **Mary Hastings**<br>**c/o Olympia Financial**<br>**16633 Ventura Blvd., Suite 1050**<br>**Encino, CA 91436** | | **5%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____July 17, 2018_____        Signature _____
                                                Joseph Guglielmo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___ENCINO___ , California.

Date: ___July 17, 2018___

Joseph Guglielmo
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1            F 1015-2.1.STMT.RELATED.CASES

7/17/18 4:09PM

| Fill in this information to identify the case: |
|---|

Debtor name     **Valley C, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................................    $    **35,500,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $    **700,990.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $    **36,200,990.00**

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **36,050,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **490,716.11**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    **662,787.07**

4.    Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b

    $    **37,203,503.18**

7/17/18 4:09PM

**Fill in this information to identify the case:**

Debtor name __**Valley C, LLC**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)                Type of account              Last 4 digits of account
number

| | | | | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Business Checking** | 2954 | $990.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                               **$990.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Valley Center Municipal Water District Sewer Phase Deposit** | $700,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                               **$700,000.00**
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

7/17/18  4:09PM

Debtor    **Valley C, LLC**                                              Case number *(If known)* _____
          <span>Name</span>

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Valley C, LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **12 Acre Commercial Site - Undeveloped Land re APN's: 188-231-038 188-231-039 188-231-040** | 100% | $0.00 | Comparable sale | $8,000,000.00 |
| 55.2. | **86 Acre Residential Site - Undeveloped Land re APN's: 188-230-046 188-230-006 188-230-048** | | $0.00 | Comparable sale | $27,500,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $35,500,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **TBD by Accountant David Nadel** | Tax year | $0.00 |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

7/17/18 4:09PM

| Debtor | Valley C, LLC | Case number *(If known)* | |
|--------|---------------|--------------------------|--|
| | Name | | |

**Claim against Weston-Valley Center, LLC and Olympia
Financial Mortgage, Inc. (and potentially others)** _____    Unknown

| Nature of claim | Breach of contract and other potential claims |
|-----------------|-----------------------------------------------|
| Amount requested | $0.00 |

---

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**                                                    $0.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/17/18 4:09PM

Debtor    **Valley C, LLC**
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $990.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $700,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $35,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $700,990.00 | + 91b. $35,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $36,200,990.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/17/18 3:35PM

---

**Fill in this information to identify the case:**

Debtor name **Valley C, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Bobs LLC**<br>Creditor's Name<br>**c/o Olympia Financial**<br>**Mortgage**<br>**16633 Ventura Blvd.**<br>**Suite 1050**<br>**Encino, CA 91436**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**86 Acre Residential Site - Undeveloped Land**<br>**re APN's:**<br>**188-230-046**<br>**188-230-006**<br>**188-230-048** | **$1,500,000.00** | **$27,500,000.00** |

Creditor's email address, if known

Describe the lien
**Residential Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 28, 2017**
**Last 4 digits of account number**
**B207**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bobs LLC**
**2. Weston-Valley Center, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Bobs LLC**<br>Creditor's Name<br>**c/o Olympia Financial**<br>**Mortgage**<br>**16633 Ventura Blvd.**<br>**Suite 1050**<br>**Encino, CA 91436**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**12 Acre Commercial Site - Undeveloped Land**<br>**re APN's:**<br>**188-231-038**<br>**188-231-039**<br>**188-231-040** | **$3,000,000.00** | **$8,000,000.00** |

Creditor's email address, if known

Describe the lien
**Commercial Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 4

Debtor   **Valley C, LLC**
         Name

**April 28, 2017**
**Last 4 digits of account number**
**B207**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bobs LLC**
**2. Weston-Valley Center, LLC**
**3. Cosmas Mahagama**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Cosmas Mahagama** | | |
|---|---|---|---|
| | Creditor's Name | | |

**c/o Olympia Financial Mortgage, Inc**
**16633 Ventura Blvd.**
**Suite 1050**
**Encino, CA 91436**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/13/2017**
**Last 4 digits of account number**
**B224**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**      $350,000.00      $8,000,000.00
**12 Acre Commercial Site - Undeveloped Land re APN's:**
**188-231-038**
**188-231-039**
**188-231-040**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Joseph Guglielmo** | | |
|---|---|---|---|
| | Creditor's Name | | |

**19528 Ventura Blvd.**
**#595**
**Tarzana, CA 91356**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**April 29, 2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $23,500,000.00      $35,500,000.00
**Lien on all real property of the LLC**

**Describe the lien**
**Right to Payment - Entitlement Agreement**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Valley C, LLC**
Name                                                                    Case number (if know)

| 2.5 | **Weston-Valley Center, LLC** | Describe debtor's property that is subject to a lien | $7,200,000.00 | $27,500,000.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Herbert Schaffer,
Manager
1180 So. Beverly Drive
Suite 409
Los Angeles, CA 90035**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**April 28, 2017**
Last 4 digits of account number
**none**
Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**86 Acre Residential Site - Undeveloped Land
re APN's:
188-230-046
188-230-006
188-230-048**

Describe the lien
**Residential Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.6 | **Weston-Valley Center, LLC** | Describe debtor's property that is subject to a lien | $500,000.00 | $8,000,000.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Herbert Schaffer,
Manager
1180 So. Beverly Drive
Suite 409
Los Angeles, CA 90035**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**April 28, 2017**
Last 4 digits of account number
**none**
Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**12 Acre Commercial Site - Undeveloped Land
re APN's:
188-231-038
188-231-039
188-231-040**

Describe the lien
**Commercial Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $36,050,000.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Valley C, LLC | | |
|---|---|---|---|
| | Name | Case number (if know) | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Best Alliance Foreclosure and Lien**<br>**16133 Ventura Blvd., Suite 700**<br>**Encino, CA 91436** | Line __2.1__ | 8028 |
| **Best Alliance Foreclosure and Lien**<br>**16133 Ventura Blvd., Suite 700**<br>**Encino, CA 91436** | Line __2.2__ | 8028 |
| **First American Title Insurance Comp**<br>**4380 La Jolla Village Drive**<br>**Suite 110**<br>**San Diego   92122** | Line __2.5__ | 8855 |
| **First American Title Insurance Comp**<br>**4380 La Jolla Village Drive**<br>**Suite 110**<br>**San Diego   92122** | Line __2.6__ | 8855 |
| **Herb Schaffer**<br>**708 N. Alpine Dr.**<br>**Beverly Hills, CA 90210** | Line __2.6__ | |
| **Lounsbery Ferguson Altona & Peak**<br>**David W. Ferguson, Esq.**<br>**960 Canterbury Place**<br>**Suite 300**<br>**Escondido, CA 92025** | Line __2.6__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Valley C, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$34,328.34** | **$34,328.34** |

| | |
|---|---|
| **County of San Diego**<br>**1600 Pacific Hwy**<br>**San Diego, CA 92110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**05/29/18** | Basis for the claim:<br>**Property Taxes** |
| Last 4 digits of account number **0600**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$34,910.02** | **$34,910.02** |

| | |
|---|---|
| **County of San Diego**<br>**1600 Pacific Hwy**<br>**San Diego, CA 92110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**05/29/18** | Basis for the claim:<br>**Property Taxes** |
| Last 4 digits of account number **4600**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor   **Valley C, LLC**
_____
Name

Case number (if known) _____

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $37,712.62 | $37,712.62 |
|---|---|---|---|---|

**County of San Diego**
**1600 Pacific Hwy**
**San Diego, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Fiscal Year 2017 - 2018**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **1100**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $16,353.32 | $16,353.32 |
|---|---|---|---|---|

**County of San Diego**
**1600 Pacific Hwy**
**San Diego, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Fiscal year 2017 - 2018**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **1300**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $30,903.77 | $30,903.77 |
|---|---|---|---|---|

**County of San Diego**
**1600 Pacific Hwy**
**San Diego, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Fiscal year 2017- 2018**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **4500**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $98,823.82 | $98,823.82 |
|---|---|---|---|---|

**County of San Diego**
**1600 Pacific Hwy**
**San Diego, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Fiscal year 2017 - 2018**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **1700**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **Valley C, LLC**
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,914.94 | $42,914.94 |
|---|---|---|---|---|

**County of San Diego**
**1600 Pacific Hwy**
**San Diego, CA 92110**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Fiscal year 2017 - 2018**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **3000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95,945.46 | $95,945.46 |
|---|---|---|---|---|

**County of San Diego**
**1600 Pacific Hwy**
**San Diego, CA 92110**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Fiscal year 2017 - 2018**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **1800**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,823.82 | $98,823.82 |
|---|---|---|---|---|

**County of San Diego**
**1600 Pacific Hwy**
**San Diego, CA 92110**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Fiscal year 2017 - 2018**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **1900**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Attn: Bankruptcy**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **Valley C, LLC**
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.11 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Alexandria Acquisition and Develop**<br>**22603 Pacific Coast Highway #360**<br>**Malibu, CA 90265**<br><br>Date(s) debt was incurred **04/28/17**<br>Last 4 digits of account number **Valley C, LLC** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Finder's Fee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $550,000.00 |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Angeleno Associates, Inc.**<br>**147 City Place Drive**<br>**Santa Ana, CA 92705**<br><br>Date(s) debt was incurred **05/04/17**<br>Last 4 digits of account number **0111** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Provided site planning and plotting services.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $16,700.00 |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Brian F. Smith and Associates, Inc.**<br>**14678 Ibex Court**<br>**San Diego, CA 92129**<br><br>Date(s) debt was incurred **05/25/17**<br>Last 4 digits of account number **0745** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Word data processing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $325.00 |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Darnell & Associates**<br>**4411 Mercury Street, Suite 207A**<br>**San Diego, CA 92103**<br><br>Date(s) debt was incurred **05/07/18**<br>Last 4 digits of account number **0295** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Engineering services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,960.00 |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Everett and Associates**<br>**P.O. Box 2468**<br>**Julian, CA 92036**<br><br>Date(s) debt was incurred **05/07/17**<br>Last 4 digits of account number **1718** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Certified Biologist services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $687.50 |

| Debtor | Valley C, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.6** Nonpriority creditor's name and mailing address
James Chagala & Associates
10324 Meadow Glen Way East
Escondido, CA 92026

Date(s) debt was incurred  03/03/18
Last 4 digits of account number  Valley C, LLC

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Land use planning services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,260.00**

**3.7** Nonpriority creditor's name and mailing address
K&L Gates
Attn: W.J. Bernfeld
10100 Santa Monica Blvd.
8th Floor
Los Angeles, CA 90067

Date(s) debt was incurred  November 2017
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,765.00**

**3.8** Nonpriority creditor's name and mailing address
Linscott Law & Greenspan
2 Executive Circle, Suite 250
Irvine, CA 92614

Date(s) debt was incurred  09/20/17 - 11/17/17
Last 4 digits of account number  0103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only - sent to Transworld Systems, Inc. for collections on 03/31/18**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.9** Nonpriority creditor's name and mailing address
Red Architectural Group
3436 N. Verdugo Rd., Suite 200
Glendale, CA 91208

Date(s) debt was incurred  01/29/18
Last 4 digits of account number  0264

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bell property evaluation**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,047.99**

**3.10** Nonpriority creditor's name and mailing address
TK Consulting, Inc.
31232 Old San Juan Road
San Juan Capistrano, CA 92675

Date(s) debt was incurred  08/27/17 - 01/09/18
Last 4 digits of account number  7002

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project management and entitlement consulting**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,046.56**

**3.11** Nonpriority creditor's name and mailing address
Transworld Systems Inc., Col Agency
500 Virginia Dr., Suite 514
Fort Washington, PA 19034

Date(s) debt was incurred  03/31/18
Last 4 digits of account number  3747

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Agency for Linscott Law & Greenspan services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,512.50**

**3.12** Nonpriority creditor's name and mailing address
TSAC Engineering
16885 Via Del Campo Court, Ste. 304
San Diego, CA 92127

Date(s) debt was incurred  04/24/17
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Engineering services**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,482.52**

**Part 3:   List Others to Be Notified About Unsecured Claims**

Debtor    **Valley C, LLC**                                                            Case number (if known) _____
        Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 490,716.11 |
| 5b. Total claims from Part 2 | 5b.  + $ | 662,787.07 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c.   $ | 1,153,503.18 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Valley C, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 0901.11 - Valley Center site plan 2017-cad<br><br>Original Agreement for $21,700 signed 5/4/2017, remaining balance $16,700. | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Angeleno Associates, Inc.<br>147 City Place Drive<br>Santa Ana, CA 92705 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Engineering services. | |
|---|---|---|---|
| | State the term remaining | ??? | |
| | List the contract number of any government contract | | Darnell & Associates<br>4411 Mercury Street, Suite 207A<br>San Diego, CA 92103 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Purchase and sale agreement for parcel #'s: 188-230-46; 188-230-06; 188-230-48; 188-231-38; 188-231-39; and 188-231-40 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gadsden Growth Properties Inc.<br>15150 North Hayden Road, Ste. 220<br>Scottsdale, AZ 85260 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Planning services and land use consultant | |
|---|---|---|---|
| | State the term remaining | | James Chagala & Associates<br>10324 Meadow Glen Way East<br>Escondido, CA 92026 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Valley C, LLC**
　　　　　First Name        Middle Name        Last Name        Case number *(if known)*

## ▉ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| | government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Proposal to work with Sandag** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Linscott Law & Greenspan**<br>**4542 Ruffner St., Suite 1000**<br>**San Diego, CA 92111** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Project Management and Entitlement Consulting for 86-acre residential site and 12-acre commercial site. Valley C can terminate with 7 days' notice; TKC can terminate with 30 days' notice to Valley C. To date, no terminations have been sent or received.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **TK Consulting, Inc.**<br>**31232 Old San Juan Road**<br>**San Juan Capistrano, CA 92675** |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Engineers -- Lot line adjustment of 12 acre commercial site and 86 acre residential site; county meetings, in put on architectural site plan; Residential preliminary grading and utility study; shopping center continued processing; preliminary drainage analysis, meetings and coordination with county and misc engineering services. Termination upon notice.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **TSAC Engineering**<br>**16885 Via Del Campo Court, Ste. 304**<br>**San Diego, CA 92127** |

7/17/18 3:35PM

| Fill in this information to identify the case: |
|---|
| Debtor name    **Valley C, LLC** |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                               *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Joseph Guglielmo | 19528 Ventura Blvd. #595 Tarzana, CA 91356 | Bobs LLC | ■ D   **2.1** \_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.2 | Joseph Guglielmo | 19528 Ventura Blvd. #595 Tarzana, CA 91356 | Bobs LLC | ■ D   **2.2** \_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.3 | Joseph Guglielmo | 19528 Ventura Blvd. #595 Tarzana, CA 91356 | Cosmas Mahagama | ■ D   **2.3** \_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.4 | Joseph Guglielmo | 19528 Ventura Blvd. #595 Tarzana, CA 91356 | Weston-Valley Center, LLC | ■ D   **2.5** \_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor | **Valley C, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

| 2.5 | **Joseph**<br>**Guglielmo** | **19528 Ventura Blvd.**<br>**#595**<br>**Tarzana, CA 91356** | **Weston-Valley**<br>**Center, LLC** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |

7/17/18 3:35PM

---

**Fill in this information to identify the case:**

Debtor name     **Valley C, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Valley C, LLC**                                         Case number *(if known)*

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Bobs LLC<br>c/o Olympia Financial Mortgage<br>16633 Ventura Blvd.<br>Suite 1050<br>Encino, CA 91436 | Commercial and Residential Property<br>descriobed as APN #'s: 188-230-06-00;<br>188-231-13-00; 188-231-11-00;<br>188-231-30-00; 188-230-46-00;<br>188-230-45-00 | 03/08/2018 | Unknown |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

11. **Payments related to bankruptcy**

Debtor    **Valley C, LLC**                                                                    Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Greenberg & Bass, LLP 16000 Ventura Blvd. Ste. 1000 Encino, CA 91436 | | 06/11/18 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                    page 3

Debtor    **Valley C, LLC** _____    Case number _(if known)_ _____

---

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    _Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    _Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Debtor    **Valley C, LLC**                                                 Case number *(if known)*

---

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   Joseph Guglielmo<br>5320 Lubao Ave.<br>Woodland Hills, CA 91364 | |

---

Debtor   **Valley C, LLC**                                           Case number *(if known)*

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Guglielmo | 5320 Lubao Ave. Woodland Hills, CA 91364 | Managing Member | 95 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **Valley C, LLC**                                                Case number *(if known)*

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ~~JULY 17, 2018~~

_____        **Joseph Guglielmo**
Signature of individual signing on behalf of the debtor        Printed name

_____        **Managing Member**
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Valley C, LLC**
_____
Debtor(s)

Case No. _____
Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept_____   $ _____**50,000.00**

     Prior to the filing of this statement I have received_____   $ _____**50,000.00**

     Balance Due_____   $ _____**0.00**

2.   $__**1,717.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____
Date  1/17/18

_____
**Douglas M. Neistat**
_Signature of Attorney_
**Greenberg & Bass
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436
818-382-6200  Fax: 818-986-6534**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Douglas M. Neistat**<br>**16000 Ventura Boulevard**<br>**Suite 1000**<br>**Encino, CA 91436**<br>**818-382-6200 Fax: 818-986-6534**<br>California State Bar Number: **55961 CA** | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Valley C, LLC**<br><br>                                        Debtor(s),<br><br>                                        Plaintiff(s),<br><br><br><br><br><br>                                        Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Joseph Guglielmo** _____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

           ☑ I am the president or other officer or an authorized agent of the Debtor corporation

           ☐ I am a party to an adversary proceeding

           ☐ I am a party to a contested matter

           ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

          *[For additional names, attach an addendum to this form.]*

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_July 17, 2018_ 

Date

By: _(signature)_

      Signature of Debtor, or attorney for Debtor

Name:   **Joseph Guglielmo**

         Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re  **Valley C, LLC** _____    Case No. _____

_____    Chapter    **11** _____
Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Joseph Guglielmo**, declare under penalty of perjury that I am the **Managing Member** of **Valley C, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **17th** day of **July**, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Joseph Guglielmo, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Joseph Guglielmo, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Joseph Guglielmo, Managing Member** of this Corporation is authorized and directed to employ **Douglas M. Neistat**, attorney and the law firm of **Greenberg & Bass** to represent the corporation in such bankruptcy case."

Date  _July 17, 2018_____    Signed  _____
Joseph Guglielmo

Resolution of Board of Directors
of
**Valley C, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Joseph Guglielmo, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Joseph Guglielmo, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Joseph Guglielmo, Managing Member** of this Corporation is authorized and directed to employ **Douglas M. Neistat**, attorney and the law firm of **Greenberg & Bass** to represent the corporation in such bankruptcy case.

Date _July 17, 2018_                Signed _____

Date _____        Signed _____

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Douglas M. Neistat**<br>**16000 Ventura Boulevard**<br>**Suite 1000**<br>**Encino, CA 91436**<br>**818-382-6200 Fax: 818-986-6534**<br>**California State Bar Number: 55961 CA** | |
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Valley C, LLC** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _July 17, 2018_ _____ 
Signature of Debtor 1

Date: _____ _____ 
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _7/17/18_ _____ 
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                         **F 1007-1.MAILING.LIST.VERIFICATION**

Valley C, LLC
19528 Ventura Blvd.
#595
Tarzana, CA 91356


Douglas M. Neistat
Greenberg & Bass
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436


Alexandria Acquisition and Develop
22603 Pacific Coast Highway #360
Malibu, CA 90265


Angeleno Associates, Inc.
147 City Place Drive
Santa Ana, CA 92705


Best Alliance Foreclosure and Lien
16133 Ventura Blvd., Suite 700
Encino, CA 91436


Bobs LLC
c/o Olympia Financial Mortgage
16633 Ventura Blvd.
Suite 1050
Encino, CA 91436


Brian F. Smith and Associates, Inc.
14678 Ibex Court
San Diego, CA 92129


Cosmas Mahagama
c/o Olympia Financial Mortgage, Inc
16633 Ventura Blvd.
Suite 1050
Encino, CA 91436

County of San Diego
1600 Pacific Hwy
San Diego, CA 92110


Darnell & Associates
4411 Mercury Street, Suite 207A
San Diego, CA 92103


Everett and Associates
P.O. Box 2468
Julian, CA 92036


First American Title Insurance Comp
4380 La Jolla Village Drive
Suite 110
San Diego 92122


Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Gadsden Growth Properties Inc.
15150 North Hayden Road, Ste. 220
Scottsdale, AZ 85260


Herb Schaffer
708 N. Alpine Dr.
Beverly Hills, CA 90210


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

James Chagala & Associates
10324 Meadow Glen Way East
Escondido, CA 92026


Joseph Guglielmo
19528 Ventura Blvd.
#595
Tarzana, CA 91356


K&L Gates
Attn: W.J. Bernfeld
10100 Santa Monica Blvd.
8th Floor
Los Angeles, CA 90067


Linscott Law & Greenspan
2 Executive Circle, Suite 250
Irvine, CA 92614


Linscott Law & Greenspan
4542 Ruffner St., Suite 1000
San Diego, CA 92111


Lounsbery Ferguson Altona & Peak
David W. Ferguson, Esq.
960 Canterbury Place
Suite 300
Escondido, CA 92025


Red Architectural Group
3436 N. Verdugo Rd., Suite 200
Glendale, CA 91208


TK Consulting, Inc.
31232 Old San Juan Road
San Juan Capistrano, CA 92675

Transworld Systems Inc., Col Agency
500 Virginia Dr., Suite 514
Fort Washington, PA 19034


TSAC Engineering
16885 Via Del Campo Court, Ste. 304
San Diego, CA 92127


Weston-Valley Center, LLC
c/o Herbert Schaffer, Manager
1180 So. Beverly Drive
Suite 409
Los Angeles, CA 90035